Form 1015-2                                                                                              Case No. ___

# STATEMENT OF RELATED OR COMPANION CASES
## INFORMATION REQUIRED BY LOCAL RULE 1015-2
### UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF OHIO

Please check the appropriate box with respect to each of the following items:

1. If any previous bankruptcy of any kind was filed in any court within the last 6 years by this debtor or any entity related to the debtor as described below, or if the debtor or any entity related to the debtor as described below has a pending bankruptcy case in any bankruptcy court regardless of when such case was filed, then set forth the name of the debtor, case number, date filed, chapter filed under, district and division where the case is or was pending, current status of the case, any real estate in the case and judge assigned to the case. If no such petitions were filed, so indicate:

- ☐ This debtor (identical individual, including DBAs, FDBAs)
- ☐ This debtor (identical entity)
- ☐ Spouse of this debtor
- ☐ Corporation, if this debtor is or was a major shareholder of the corporation
- ☐ Major shareholder of this debtor (if this debtor is a corporation)
- ☐ Affiliate(s) of this debtor (see §101(2) of the Code)
- ☐ Partnership, if this debtor is or was a general partner in the partnership
- ☐ General partner of this debtor (if this debtor is a partnership)
- ☐ General partner of this debtor (if this debtor is or was another general partner therewith)
- ☐ Entity with which this debtor has substantial identity of financial interests or assets

2. ■ NONE OF THE ABOVE APPLY

I DECLARE, UNDER PENALTY OF PERJURY, THAT THE FOREGOING IS TRUE AND CORRECT.

Executed at: **Columbus**, Ohio

Dated: **October 13, 2005**          /s/ **Bradley T. Smith**
                                     **Bradley T. Smith**
                                     DEBTOR

# DESIGNATION AS CONSUMER OR BUSINESS CASE
## INFORMATION REQUIRED BY LOCAL RULE 1002-1(e)

Please check the appropriate box:

- ■ Consumer case; debtor is an individual who is not engaged in business and owes consumer debt only
- ☐ Business case; debtor is a corporation
- ☐ Business case; debtor is a partnership
- ☐ Business case; debtor is an individual currently engaged in business
- ☐ Business case; debtor is an individual formerly engaged in business who owes more for business debts than for consumer debts
- ☐ Business case; case was commenced under chapter 12

/s/ **W. Mark Jump**
**W. Mark Jump 0062837**
CASE ATTORNEY

Software Copyright (c) 1996-2002 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy