# United States Bankruptcy Court
## Southern District of Ohio

In re  **Bradley T. Smith**                                                                 Case No.
                                    Debtor(s)                                                Chapter  **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:  **October 13, 2005**                    **/s/ Bradley T. Smith**
                                                **Bradley T. Smith**
                                                Signature of Debtor