UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DISTRICT

In re:　　　　　　　　　　　　　　　　：　　Case No. 05-74493
　　　　　　　　　　　　　　　　　　　：　　Chapter 13
　BRADLEY T SMITH　　　　　　　　　　：　　Judge:John E. Hoffman Jr.
　　　　　　　　　　　　　　　　　　　：　　341 Date:Tue Dec 13, 2005
　　　Debtor(s)

## CHAPTER 13 TRUSTEE'S OBJECTION TO CONFIRMATION

　　　Now comes Frank M. Pees, Standing Chapter 13 Trustee, and objects to the confirmation of the plan and requests that the Court enter an order denying confirmation for the reasons set forth below and dismissing the case, pursuant to 11 §1307(c)(5).

　_X_　11 U.S.C.§1325(a)(1) - Plan does not comply with all provisions of Chapter 13 of Title 11 and the other applicable provisions of Title 11:

　　　___　Debtor(s) failed to appear at the scheduled meeting of creditors.

　　　___　Debtor(s) have failed to file a plan.

　　　___　Debtor(s)' debts exceed the limits for non-contingent, liquidated, unsecured debt and/or for non-contingent, liquidated, secured debt.

　　　___　Plan does not provide for full payment of claims entitled to priority under §507.

　　　___　Plan unfairly discriminates with respect to treatment of certain debts.

　　　___　Plan takes over 60 months to complete.

　　　___　Trustee is unable to accurately determine length.

　　　_X_　Debtor(s) failed to file a complete list of creditors, statement of financial affairs, and schedules including current income and expenses, pursuant to 11 U.S.C. §521.
　　　　　AMEND G TO DISCLOSE LAND CONTRACT INCLUDING ALL TERMS AND FIGURES. AMEND PLAN TO ADD LANGUAGE THAT TRUSTEE WILL BE PROVIDED WITH NEXT 3 YRS OF PERSONAL AND CORPORATE TAXES.

　　　_X_　Other:
　　　　　AMEND I TO DISCLOSE NEW EMPLOYMENT INFO AS MR WILL BE A 1099 EMPLOYEE. AMEND J AND PLAN AS NECESSARY INCLUDING INCOME TAX

　___　11 U.S.C.§1325(a)(3) - Plan has not been proposed in good faith.

　_X_　11 U.S.C.§1325(a)(4) - Plan does not meet the best interest test.

　　　_X_　Trustee is unable to accurately determine best interest as Debtor(s) failed to provide an acceptable appraisal, pursuant to LBR 3015-3(e)(3), and dividend is less than 100% to unsecured creditors.
　　　　　26 NOTTINGHAM RD

　　　___　Trustee is unable to accurately determine best interest as:

___   11 U.S.C. 1325(a)(5) - Plan does not provide for lien retention rights for secured creditors and/or interest rate for rejecting secured creditors.

___   Debtor(s) do not have liability insurance on all vehicles that are driven or as required by any relevant security agreement, pursuant to LBR 3015-3(e)(6).

_X_   Debtor(s) do not have insurance on their real estate, pursuant to LBR 3015(e)(6).
PROVIDE VERIFICATION.

___   Other:

_X_   11 U.S.C.§1325(a)(6) - Plan is not feasible based on income, living expenses, and plan payments.
PROVIDE VERIFICATION THAT 02, 03, AND 04 TAX RETURNS HAVE BEEN FILED.
PROVIDE INCOME PROJECTION.

___   Debtor(s) failed to tender payments as proposed by the plan.

___   Other:

___   11 U.S.C.§1325(b) - Plan will complete in less than 36 months.

___   11 U.S.C.§1325(b) - Plan does not meet disposable income test.

___   Debtor(s) failed to commit all disposable income to the plan for first 36 months.

___   Debtor(s) are contributing to a voluntary retirement plan.

___   Debtor(s) are repaying a voluntary retirement loan.

___   Debtor(s)' living expenses exceed reasonable amounts.

Pursuant to LBR 3015-2(a), amendments necessary to place the plan in a posture for confirmation must be filed at least three (3) days prior to the hearing on confirmation set for 01/10/2006, unless Debtor(s) has entered into an Agreed Order with the Trustee and so is bound by the terms of that Order.

Further, Trustee notes that:

___ Debtor(s) failed to attend Debtor Orientation.

___ Debtor(s)' counsel to add language to Confirmation Order to advise Trustee/Court:

_D_ Debtor(s)' counsel to file and serve Motion to Implement Wage Withholding.

___ Debtor(s)' counsel failed to file a statement of compensation paid, or such statement is not signed pursuant to Federal Rules of Bankruptcy Procedure 9011.

___ Other:

Therefore, the Trustee prays that confirmation is denied and this case be dismissed for cause pursuant to Section 1307(c)(5).

                                          Respectfully submitted

Date: 12/20/2005                          /s/ Frank M. Pees_____

```
Frank M. Pees
Standing Chapter 13 Trustee
130 E. Wilson Bridge Road, #200
Worthington, OH 43085-6300
614-436-6700
```

```
ATTORNEY OF RECORD:      W MARK JUMP ESQ
                           TERMS OF PLAN
1.   Solvency:  INSOLVENT
2.   Filing date of Petition: Fri Oct 14, 2005
3.   Confirmation Hearing Date: Tue Jan 10, 2006
4.   Dividend:    5.00%                        Best Interest Dividend:    .00%
5.                       PAYMENT SCHEDULE
     Payments(1)    258.14 For REM Months Payments(2)     .00 For    0 Months
     Payments(3)       .00 For   0 Months Payments(4)     .00 For    0 Months
     Payments(5)       .00 For   0 Months Payments(6)     .00 For    0 Months

6.   Length:  55 Months
7.                       CREDITORS PAID DIRECT
     Mortgage:
     Mortgage:
     Mortgage:

                         CONDUIT PAYMENTS
     Mortgage:                              Payment:       .00
     Mortgage:                              Payment:       .00
     Mortgage:                              Payment:       .00

8.   Attorney Fees: 1,500.00  Paid:    750.00  Balance Due   750.00
9.   Motion for Wage Witholding: DIRECT
10.  Special Provisions:


11.  Debtor's Counsel to add language to Confirmation Order to Advise
     Trustee/Court of the following:


                              ###
```

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF OHIO

EASTERN DIVISION

In Re:  BRADLEY T SMITH                             Case No. 2-05-74493
        26 NOTTINGHAM RD
        COLUMBUS OH 43214                           Judge:  HOFFMAN

                                                    Chapter 13



SSN(S)  XXX-XX-6249
        XXX-XX-0000

CERTIFICATE OF SERVICE

The undersigned certifies that on the date shown below a copy of the Trustee's Objection to Confirmation was served electronically on the Office of the United States Trustee and debtor(s) attorney, and on the debtor(s) at the address as currently shown in the Trustee's records and by regular first class mail, postage prepaid.


December 20, 2005                         \s\ Frank M. Pees_____
                                          Frank M. Pees
Names and Full Addresses                  Chapter 13 Trustee
of Parties Served                         130 W. Wilson Bridge Rd., #200
                                          Worthington, Ohio 43085-6300
OFFICE OF THE UNITED STATES TRUSTEE       614-436-6700
170 N. HIGH STREET #200
COLUMBUS, OHIO 43215

W MARK JUMP ESQ
2130 ARLINGTON AVE
COLUMBUS OH


BRADLEY T SMITH
26 NOTTINGHAM RD
COLUMBUS OH 43214