**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

In re: **Bradley T Smith**          :    Case No. **05-74493**
                                              :    Chapter 13
                                              :    Judge **Hoffman**
           Debtors.

## WITHDRAWAL OF
## OBJECTION TO CONFIRMATION

Now comes Frank M. Pees, standing Chapter 13 Trustee, and withdraws his objection to confirmation filed on **February 12, 2007** and therefore recommends to the Court that the Debtor(s) Plan be confirmed.

Trustee notes that payments _**X**__ are _____ are not current.  (Amount due: _____)

Changes to **TERMS OF THE PLAN BASED ON AMENDMENTS (if any):**

**DIVIDEND 2%; BI 2%; PLAN PAYMENTS 258.14 mo – 12 mos; 508.14 mo – 12 mos; 758.14 mo – 12 mos; 1008.14 mo – 12 mos; 1258.14 mo - rem; LENGTH 58 mos**

                                                              Respectfully submitted,

Dated: **March 1, 2007**                      **/s/ *Frank M. Pees***
                                                          Frank M. Pees, Chapter 13 Trustee
                                                          130 E. Wilson Bridge Rd. #200
                                                          Worthington, Ohio  43085-2327
                                                          (614) 436-6700

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the date shown below a copy of the Trustee's Withdrawal Of Objection To Confirmation was served electronically on the Office of the United States Trustee and debtor's attorney, and on the debtor(s) at the address as currently shown in the Trustee's records and by regular first class mail, postage prepaid.

Dated: **March 1, 2007**                      **/s/ *Frank M. Pees***
                                                          Frank M. Pees, Standing Chapter 13 Trustee
                                                          130 E. Wilson Bridge Road, #200
                                                          Worthington, OH 43085-6300

614-436-6700

Case 2:05-bk-74493    Doc 69    Filed 03/01/07    Entered 03/01/07 15:13:58    Desc Main
Document      Page 2 of 2

614-436-6700