**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | : | Case No. 05-74493 |
| Bradley T. Smith | : | Chapter 13 |
| Debtor. | : | Judge Hoffman, Jr. |

**DEBTOR'S AMENDMENT TO CREDITOR MATRIX**

  I, W. Mark Jump, attorney for the debtor, hereby amends the Creditor Matrix filed with the petition to add the attached creditor.

Date: <u>March 12, 2007</u>

                <u>/s/ W. Mark Jump</u>
                W. Mark Jump  (0062837)
                Attorney for Debtor
                2130 Arlington Ave.
                Columbus, Ohio 43221
                (614) 481-7218 Telephone
                (866) 335-5153 Facsimile
                bankruptcycourt@kjlaws.com

Internal Revenue Service
Bankruptcy Division
PO Box 21126
Philadelphia PA 19114-0000

## CERTIFICATE OF SERVICE

       The undersigned hereby certifies that a true and accurate of copy of the foregoing Amendment was served by ordinary US mail and/or electronically as permitted by the rules, upon the following parties on this 12th day of March, 2007.

                                             /s/ W. Mark Jump
                                           W. Mark Jump  (0062837)
                                           Attorney for Debtor
                                           2130 Arlington Ave.
                                           Columbus, Ohio 43221
                                           (614) 481-7218 Telephone
                                           (866) 335-5153 Facsimile
                                           bankruptcycourt@kjlaws.com

Frank M. Pees
Standing Chapter 13 Trustee
130 E. Wilson Bridge Road, Suite 200
Worthington, Ohio 43085-6300

Office of the United States Trustee
170 N. High Street, Suite 200
Columbus, Ohio 43215