BK NOTICE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: BRADLEY T SMITH
26 NOTTINGHAM RD
COLUMBUS OH 43214

Case No. 05-74493

Chapter 13

SSN #(1):XXX-XX-6249
SSN #(2):XXX-XX-0000

**AMENDED** Judge John E. Hoffman Jr.

NOTICE OF INTENTION
TO PAY CLAIMS

NOTICE is hereby given of the intention of the Chapter 13 Trustee, FRANK M PEES , to pay the claims of creditors named and in the amounts set forth below, pursuant to 11 U.S.C. 502(a). Unless a party in interest files an objection to the creditor's proof of claim pursuant to L.B.R. 3007-1 within twenty (20) days of the date of this NOTICE, disbursements on said claims shall be paid pursuant to the terms set forth in the Debtor's confirmed Chapter 13 plan.

| CR NO | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 107459 33/002 | ATTENTION LLC<br>PO BOX 2348<br>SHERMAN TX 75091 | NOT FILED | 1.50 % | .00 % | UNSECURED |
| 425442 33/003 | BANK SHAREHOLDERS OF AMERICA<br>6457 REFLECTIONS DR STE 200<br>DUBLIN OH 43017 | NOT FILED | 1.50 % | .00 % | UNSECURED |
| 431643 33/001 | BECKET & LEE LLP<br>PO BOX 3001<br>MALVERN PA 19355 | 25766.93 | 1.50 % | .00 % | UNSECURED |
| 540003 00/017 | COMPLETE PROPERTY RESOURCES<br>6079 NORTHGATE RD<br>COLUMBUS OH 43229 | NOT FILED | .00 % | .00 % | NOTICE ONLY |

PAGE 1 - CONTINUED ON NEXT PAGE

CASE NO. 05-74493 BRADLEY T SMITH

| CR NO | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 162389 33/007 | HARRY REINHART 400 S 5TH ST COLUMBUS OH 43215 | 41500.00 | 1.50 % | .00 % | UNSECURED |
| 011221 24/020 | INTERNAL REVENUE SERVICE PO BOX 21126 STOP N781 PHILADELPHIA PA 19114 | 5891.89 | 100.00 % | .00 % | PRIORITY |
| 011221 24/021 | INTERNAL REVENUE SERVICE PO BOX 21126 STOP N781 PHILADELPHIA PA 19114 | 24054.47 | 100.00 % | 8.00 % | SECURED |
| 011221 33/022 | INTERNAL REVENUE SERVICE PO BOX 21126 STOP N781 PHILADELPHIA PA 19114 | 1395.72 | 1.50 % | .00 % | UNSECURED |
| 266881 10/019 | JS & ASSOCIATES APPRAISAL SVCS PO BOX 360713 COLUMBUS OH 43236 | 175.00 | 100.00 % | .00 % | APPRAISER |
| 296925 33/009 | MARLIN INTEGRATED CORPORATION 507 PRUDENTIAL RD HORSHAM PA 19044 | NOT FILED | 1.50 % | .00 % | UNSECURED |
| 224574 33/016 | MIDWEST REGIONAL OFFICE 175 W JACKSON BLVD STE 900 CHICAGO IL 60604 | NOT FILED | 1.50 % | .00 % | UNSECURED |
| 395645 33/010 | NASD DISPUTE RESOLUTION 125 BROAD ST 36TH FL NEW YORK NY 10004 | NOT FILED | 1.50 % | .00 % | UNSECURED |
| 185395 33/008 | NATIONWIDE MUTUAL INS CO % JAVITH BLOCK EISEN ET AL 1300 E 9TH ST 14TH FL CLEVELAND OH 44114 | 4465.14 | 1.50 % | .00 % | UNSECURED |
| 235715 33/011 | OCWEN FEDERAL BANK PO BOX 514577 LOS ANGELES CA 90051 | NOT FILED | 1.50 % | .00 % | UNSECURED |

CASE NO. 05-74493 BRADLEY T SMITH

| CR NO | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|---|---|---|---|---|---|
| 170170 00/018 | OFFICE OF THE US TRUSTEE<br>170 N HIGH ST STE 200<br>COLUMBUS OH<br>43215 | NOT FILED | .00 % | .00 % | NOTICE ONLY |
| 208687 33/005 | OHIO BUREAU OF MOTOR VEHICLES<br>1970 W BROAD ST<br>COLUMBUS OH<br>43223 | NOT FILED | 1.50 % | .00 % | UNSECURED |
| 441042 33/012 | PALISADES COLLECTION LLC<br>87 S COMMERCE WAY STE 70<br>BETHLEHEM PA<br>18017 | NOT FILED | 1.50 % | .00 % | UNSECURED |
| 136827 33/013 | PHYSICIANS CREDIT BUREAU<br>PO BOX 29917<br>COLUMBUS OH<br>43229 | NOT FILED | 1.50 % | .00 % | UNSECURED |
| 050240 33/014 | SALLIE MAE<br>PO BOX 9500<br>WILKES BARRE PA<br>18773 | NOT FILED | 1.50 % | .00 % | UNSECURED |
| 204673 33/006 | SECURITIES & EXCHANGE COM<br>175 W JACKSON BLVD # 900<br>CHICAGO IL<br>60604 | 2414197.72 | 1.50 % | .00 % | UNSECURED |
| 394729 33/015 | SOUTHERN CALIFORNIA EDISON<br>PO BOX 9004<br>SAN DIMAS CA<br>91773 | NOT FILED | 1.50 % | .00 % | UNSECURED |
| 174324 33/004 | eCAST SETTLEMENT CORPORATION<br>PO BOX 35480<br>NEWARK NJ<br>07193 | 4780.35 | 1.50 % | .00 % | UNSECURED |
| | TOTAL | 2522227.22 | | | |
| 002987 | W MARK JUMP ESQ<br>2130 ARLINGTON AVE | 750.00 | | | ATTORNEY |

CASE NO. 05-74493 BRADLEY T SMITH

| CR NO | NAME AND ADDRESS OF CREDITOR | AMOUNT | DIVIDEND | INTEREST | CLASSIFICATION |
|-------|------------------------------|--------|----------|----------|----------------|
|       | COLUMBUS OH                  |        |          |          |                |
|       |                        43221 |        |          |          |                |

Copies of this Notice have been mailed to debtor(s) and to counsel for debtor(s) this date, at their addresses as they appear in this proceeding.

DATE: JUN 2 0 2007

FRANK M PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON OH 43085
(614) 436-6700