IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: BRADLEY T SMITH
26 NOTTINGHAM RD
COLUMBUS, OH 43214

Case No: 05-74493

Chapter 13

Judge: John E. Hoffman Jr.

PRE-BAPCPA CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The Case was commenced on October 14, 2005.
The plan was confirmed on March 22, 2007.
The Case was concluded on March 14, 2011.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors: 63,962.18

DISBURSEMENTS TO CREDITORS:
DIVIDEND TO UNSECURED: 1.10%

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| 00000 DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| ATTENTION LLC 00002 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| BANK SHAREHOLDERS OF AMERICA 00003 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| BECKET & LEE LLP 00001 UNSECURED | 283.44 | 283.44 | 0.00 | 0.00 |
| BRADLEY T SMITH 00000 DEBTOR REFUND | 0.00 | 537.62 | 0.00 | 0.00 |
| COMPLETE PROPERTY RESOURCES 00017 NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION 00004 UNSECURED | 52.58 | 52.58 | 0.00 | 0.00 |
| HARRY REINHART 00007 UNSECURED | 456.50 | 456.50 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00020 PRIORITY | 5,891.89 | 5,891.89 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE 00021 SECURED | 24,054.47 | 24,054.47 | 3,280.38 | 0.00 |
| INTERNAL REVENUE SERVICE 00022 UNSECURED | 15.35 | 15.35 | 0.00 | 0.00 |
| JS & ASSOCIATES APPRAISAL SVCS 00019 APPRAISER | 175.00 | 175.00 | 0.00 | 0.00 |
| MARLIN INTEGRATED CORPORATION 00009 UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |

**PRE-BAPCPA CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**

CASE NO. 05-74493   BRADLEY T SMITH

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| MIDWEST REGIONAL OFFICE 00016   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| NASD DISPUTE RESOLUTION 00010   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| NATIONWIDE MUTUAL INS CO 00008   UNSECURED | 49.12 | 49.12 | 0.00 | 0.00 |
| OCWEN FEDERAL BANK 00011   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| OFFICE OF THE US TRUSTEE 00018   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| OHIO BUREAU OF MOTOR VEHICLES 00005   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PALISADES COLLECTION LLC 00012   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PHYSICIANS CREDIT BUREAU 00013   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| SALLIE MAE INC 00014   UNSECURED | 210.42 | 210.42 | 0.00 | 0.00 |
| SEC OFFICE OF FINANCIAL MANAGEMENT 00006   UNSECURED | 26,556.17 | 26,556.17 | 0.00 | 0.00 |
| SOUTHERN CALIFORNIA EDISON 00015   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Previously refunded during pendency of case | 537.62 | 537.62 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 24,054.47 | 5,891.89 | 2,511,235.15 | 0.00 | 537.62 | 2,541,719.13 |
| PRIN PAID | 24,054.47 | 5,891.89 | 27,623.58 | 0.00 | 537.62 | 58,107.56 |
| INT PAID | 3,280.38 | 0.00 | 0.00 | 0.00 | | 3,280.38 |
| | | | | | TOTAL PAID: | 61,387.94 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| W MARK JUMP ESQ | 750.00 | 750.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 2,186.86 | 0.00 | 0.00 | 2,186.86 |

Dated:  03/24/2011

/s/ Frank M. Pees

FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: BRADLEY T SMITH  
26 NOTTINGHAM RD  
COLUMBUS, OH 43214

Case No: 05-74493

Chapter 13

Judge: John E. Hoffman Jr.

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Frank M. Pees  
FRANK M. PEES TRUSTEE  
130 E WILSON BRIDGE RD #200  
WORTHINGTON, OH 43085-6300  
(614)436-6700