# UNITED STATES BANKRUPTCY COURT

Southern District of Ohio
170 North High Street
Columbus, OH 43215−2414

| | |
|---|---|
| In Re: | ) |
| | ) |
| Bradley T. Smith | ) |
| 26 Nottingham Rd. | ) |
| Columbus, OH 43214 | ) |
| | ) |
| | ) |
| | ) Case No.: 2:05−bk−74493 |
| | ) |
| | ) |
| | ) |
| Debtor(s) | ) |
| | ) |
| | ) |
| | ) Chapter: 13 |
| | ) |
| | ) |
| Social Security Number: | ) |
| Debtor: xxx−xx−6249 | ) |
| Joint: | ) |

## DISCHARGE OF DEBTOR AFTER COMPLETION
## OF CHAPTER 13 PLAN

The court finds that the debtor filed a petition under title 11, United States code, on October 14, 2005, that the debtor's plan has been confirmed, and that the debtor has fulfilled all requirements under the plan.

## IT IS ORDERED THAT:

1. Pursuant to 11 U.S.C. § 1328(a), the debtor is discharged from all debts provided for by the plan or disallowed under 11 U.S.C. § 502, except any debt:

    a. Provided for under 11 U.S.C § 1322(b)(5) and on which the last payment is due after the date on which the final payment under the plan was due;

    b. In the nature of alimony to, maintenance for, or support of a spouse, former spouse, or child of the debtor in connection with a separation agreement, divorce decree or other order of a court of record, or property settlement agreement, as specified in 11 U.S.C. § 523(a)(5);

    c. For a student loan or educational benefit overpayment as specified in 11 U.S.C. § 523(a)(8) in any case in which discharge is granted prior to October 1, 1996;

    d. For a death or personal injury caused by the debtor's unlawful operation of a motor vehicle while intoxicated from using alcohol, a drug, or another substance, as specified in 11 U.S.C. 523(a)(9), in a bankruptcy case filed on or after November 15, 1990; or

    e. For restitution included in a sentence on the debtor's conviction of a crime, in a case filed on or after November 15, 1990.

2. Pursuant to 11 U.S.C. § 1328(d), the debtor is not discharged from any debt based on an allowed claim filed under 11 U.S.C. § 1305(a)(2) if prior approval by the trustee of the debtor's incurring such debt was practible and was not obtained.

3. Notwithstanding the provisions of title 11, United States code, the debtor is not discharged from any debt made non–dischargeable by 18 U.S.C. §3613(f), by certain provisions of title 10, 37, 38, 42, and 50 of the United States code, or by another other applicable provision of law.

4. All creditors are prohibited from attempting to collect any debt that has been discharged in this case.

**Dated:**  <u>4/25/11</u>

**BY THE COURT:**

John E. Hoffman Jr.
United States Bankruptcy Judge

United States Bankruptcy Court
Southern District of Ohio

In re:
Bradley T. Smith
       Debtor

Case No. 05-74493-jeh
Chapter 13

# CERTIFICATE OF NOTICE

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 27, 2011.
```
db          +Bradley T. Smith,   26 Nottingham Rd.,   Columbus, OH 43214-2036
aty         +Stephen D Brown,   BrownLaw Limited,   414 East Main Street,   Lower Level,   PO Box 244,
             Lancaster, OH 43130-0244
cr          +Angela D Dodd,   Securities and Exchange Commission,   175 West Jackson Blvd,   Suite 900,
             Chicago, IL 60604-2908
cr          +Internal Revenue Service,   Internal Revenue Service,   U.S. Attorney's Office,
             303 Marconi Boulevard, Suite 200,   Columbus, OH 43215-2326
cr           Ohio Department of Taxation,   PO Box 530,   Columbus, OH 43266-0030
cr          +Securities and Exchange Commission,   Suite 900,   175 W. Jackson Blvd.,   Chicago, IL 60604-2908,
             UNITED STATES
cr          +Sonia A. Chae,   U.S. Securities & Exchange Commission,   175 W. Jackson Blvd.,   Suite 900,
             Chicago, IL 60604-2908
9801813     +Andrew M Malek Esq,   Assistant United States Attorney,   303 Marconi Blvd Ste 200,
             Columbus OH 43215-2326
9595568     +BUREAU OF MOTOR VEHICLES,   1970 W BROAD ST,   COLUMBUS OH 43223-1102
9339685     +Continental Midwest Finance Inc.,   6457 Reflections Dr.,   Suite 200,   Dublin, OH 43017-2352
9339686      Harry Reinhart,   One Americana,   400 S. Fifth St.,   Suite 202,   Columbus, OH 43215-5430
9339687     +Javitch Block & Rathbone,   1300 East Ninth Street, 14th Floor,   Cleveland, OH 44114-1501
9595569      MARLIN INTEGRATED CAPITAL,   507 PRUDENTIAL RD,   HORSHAM PA 19044-2308
9595570     +NASD DISPUTE RESOLUTION,   125 BROAD STREET,   36TH FLOOR,   NEW YORK NY 10004-2400
9339688      OCWEN Federal Bank,   PO Box 514577,   Los Angeles, CA 90051-4577
9595572      PHYSICIANS CREDIT BUREAU,   PO BOX 29917,   COLUMBUS OH 43229-7517
9595574      SOUTHERN CALIFORNIA EDISON,   PO BOX 9004,   SAN DIMAS CA 91773-9004
9339689     +Securities & Exchange Commission,   C/O Midwest Regional Office,   175 W. Jackson Blvd, Suite 900,
             Chicago, IL 60604-2908
9658943     +U.S. Securities and Exchange Commission,   175 West Jackson Blvd.,   Suite 900,
             Chicago, IL 60604-2908
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr          +E-mail/Text: bankruptcynoticeschr@sec.gov Apr 25 2011 19:10:30     Angela D Dodd,
             Securities and Exchange Commission,   175 West Jackson Blvd,   Suite 900,
             Chicago, IL 60604-2908
cr          +E-mail/Text: bankruptcynoticeschr@sec.gov Apr 25 2011 19:10:30
             Securities and Exchange Commission,   Suite 900,   175 W. Jackson Blvd.,
             Chicago, IL 60604-2908,   UNITED STATES
cr          +E-mail/Text: bankruptcynoticeschr@sec.gov Apr 25 2011 19:10:30     Sonia A. Chae,
             U.S. Securities & Exchange Commission,   175 W. Jackson Blvd.,   Suite 900,
             Chicago, IL 60604-2908
9595567      EDI: WESTASSET.COM Apr 25 2011 18:53:00     ATTENTION LLC,   PO BOX 2348,
             SHERMAN TX 75091-2348
9339682      EDI: AMEREXPR.COM Apr 25 2011 18:53:00     American Express,   PO Box 360001,
             Ft. Lauderdale, FL 33336-0001
9638754      EDI: BECKLEE.COM Apr 25 2011 18:53:00     American Express Travel Related Svcs Co,
             Inc Corp Card,   c/o Becket and Lee, LLP,   P.O. Box 3001,   Malvern, PA 19355-0701
9339684     +EDI: HFC.COM Apr 25 2011 18:53:00     Beneficial,   PO Box 4153-K,   Carol Stream, IL 60197
10350278     EDI: IRS.COM Apr 25 2011 18:53:00     IRS,   550 Main Street, RM 3525,   Cincinnati, OH 45201
10298413     EDI: IRS.COM Apr 25 2011 18:53:00     IRS,   Bankruptcy Division,   P.O. Box 21126,
             Philadelphia, PA  19114
9801802      EDI: IRS.COM Apr 25 2011 18:53:00     Internal Revenue Service,   PO Box 21126,
             Philadelphia PA 19114
9613215      E-mail/Text: jsandassoc@aol.com Apr 25 2011 19:10:21     JS & Associates Appraisal Services, LLC,
             P.O. Box 360713,   Columbus, OH 43236-0713
9595573      EDI: SALMAESERVICING.COM Apr 25 2011 18:53:00     SALLIE MAE,   PO BOX 9500,
             WILKES BARRE PA 18773-9500
11756239    +EDI: SALMAESERVICING.COM Apr 25 2011 18:53:00     Sallie Mae Trust,   c/o Sallie Mae, Inc.,
             220 Lasley Ave.,   Wilkes-Barre, PA 18706-1496
9339689     +E-mail/Text: bankruptcynoticeschr@sec.gov Apr 25 2011 19:10:29
             Securities & Exchange Commission,   C/O Midwest Regional Office,
             175 W. Jackson Blvd, Suite 900,   Chicago, IL 60604-2908
9658943     +E-mail/Text: bankruptcynoticeschr@sec.gov Apr 25 2011 19:10:29
             U.S. Securities and Exchange Commission,   175 West Jackson Blvd.,   Suite 900,
             Chicago, IL 60604-2908
9699342      EDI: ECAST.COM Apr 25 2011 18:53:00     eCAST Settlement Corporation,
             Household Finance Corporation/Beneficial,   PO Box 35480,   Newark NJ 07193-5480
                                                                                    TOTAL: 16
```

```
            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          JS & Associates Appraisal Services, LLC,   P.O. Box 360713,   Columbus, OH  43236-0713
```

```
9339683    ##+Bank Shareholders of America,   6457 Reflections Dr.,   Suite 200,   Dublin, OH 43017-2352
9595571    ##PALISADES COLLECTION,   87 S COMMERCE WAY,   SUITE 700,   BETHLEHEM PA  18017-8928
                                                                      TOTALS: 0, * 1, ## 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Apr 27, 2011**                    **Signature:**    *Joseph Speetjens*